## PEOPLE ex rel. A. P. OVERTON, Respondent, v. W. B. ATTERBURY, Appellant.

### No. 3187; October 17, 1872.

Escheat—Aliens—Special Act Removing Disability.—A proceeding instituted by the attorney general to have lands of a deceased person escheat by reason of alienage of the heirs is extinguished by a special act of the legislature, passed during its process, removing the disability.

APPEAL from Fourth Judicial District, San Francisco County.

Attorney General, W. W. Pendergast and Butts & Wise for respondent; Lattimer & McCullough for appellant.

BELCHER, J.—This action was commenced by the attorney general for the purpose of having it determined that certain property belonging to the estate of Thomas Spriggs, deceased, had escheated to the state.

After the case was brought to this court the legislature, by a special act (Acts 1871–72, p. 621), removed the disability

by reason of alienage of the heirs or next of kin of Thomas Spriggs to inherit his estate, and released to them "all the right, title and interest that the state of California has or may have in or to said estate or any part thereof."

It is therefore ordered that the appeal be dismissed.

We concur: Crockett, J.; Niles, J.; Rhodes, J.; Wallace, C. J.